```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtor
 5
 6                  UNITED STATES BANKRUPTCY COURT
 7                  NORTHERN DISTRICT OF CALIFORNIA
 8
    IN RE:                         CASE NO. 09-11096
 9
    JAMES ALBERT ALEXANDER,        CHAPTER 7
10
         DEBTOR.            /
11
    DOUBLE H VENTURES, INC..       A.P. No. 09-1073
12
         Plaintiff,
13
    v.
14
    JAMES ALBERT ALEXANDER,
15
         Defendant.         /     ANSWER TO COMPLAINT
16
17       James Albert Alexander, Defendant herein, answers the
18  Complaint on file herein as follows:
19       1. This answering Defendant admits the allegations contained
20  in paragraphs 1, 2, 3, 5 and 17 of the Complaint.
21       2. This answering Defendant denies the allegations contained
22  in paragraphs 6, 7, 8, 9, 11, 12, 14, 15, 16, 20, 21, 22, 23, 24,
23  25, 26, 27, 28, 33, 34, 35 and 36 of the Complaint.
24       3. This answering Defendant lacks sufficient information and
25  belief to admit or deny the allegations contained in paragraphs 4,
26  9, 10, 18, 19, 29, 30, 31 and 32 of the Complaint and on that
27  basis, denies each and every allegation contained therein.
28
                                   1
```

## FIRST AFFIRMATIVE DEFENSE

As and for a FIRST AFFIRMATIVE DEFENSE, this answering Defendant alleges that the allegations contained in the Complaint are not sufficient to support the relief requested.

## SECOND AFFIRMATIVE DEFENSE

As and for a SECOND AFFIRMATIVE DEFENSE, this answering Defendant alleges that the loan in question originated on August 26, 1995 and that the Defendant did not become employed by Edward Jones until October 1, 1995 and did not become licensed until January 26, 1996.

## THIRD AFFIRMATIVE DEFENSE

As and for a THIRD AFFIRMATIVE DEFENSE, this answering Defendant alleges that he paid payments on the obligation in the total amount of $10,607.83.

## FOURTH AFFIRMATIVE DEFENSE

As and for a FOURTH AFFIRMATIVE DEFENSE, this answering Defendant alleges that the tax return provided was a true and correct copy of a return proposed to be jointly filed. The joint taxpayer declined to sign the return and the Defendant was required to file a separate return by the Internal Revenue Code.

WHEREFORE, Defendant prays that the Plaintiff take nothing by way of its complaint on file herein, for reasonable costs of suit incurred herein, and for such other and further relief as the Court deems just and proper.

Dated:    8/21/09                    DAVID N. CHANDLER, p.c.


                                     By: */s/ David N. Chandler*
                                     DAVID N. CHANDLER,
                                     Attorney for Defendant